34D02-2102-CT-000430

Howard Superior Court 2

Filed: 2/22/2021 11:10 AM
Clerk
Howard County, Indiana

| STATE OF INDIANA | ) IN THE HOWARD COUNTY _____ COURT |
|---|---|
| | )SS: |
| COUNTY OF HOWARD | ) CAUSE NO.: |

CARLA BLACK, )
    Plaintiff, )
  )
vs. )
  )
WAL-MART STORES EAST, L.P., )
    Defendant.

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Carla Black, by counsel, Jared A. Harts, for her cause of action against the Defendant, Wal-Mart Stores East, L.P., alleges and says:

1. At all times relevant hereto, Plaintiff was a resident of the City of Tipton, County of Tipton, State of Indiana.

2. At all times relevant hereto, Defendant, Wal-Mart Stores East, L.P., was a foreign for-profit corporation, engaged in business in the City of Howard, State of Indiana.

3. At all relevant times the Defendant owned, leased, controlled and/or maintained a store, commonly known as Kokomo Walmart Supercenter, located at 1920 East Markland Ave., City of Kokomo, County of Howard, State of Indiana.

4. That on or about September 22, 2019, Plaintiff, Carla Black, was a patron and invitee in Defendant's store located at 1920 East Markland Ave., Kokomo, Indiana, when she slipped and fell on a wet substance on the floor resulting in injuries, some of which are permanent in nature.

5. The Defendant owed Plaintiff a duty to exercise reasonable care in maintaining the premises in a reasonably safe condition for its patrons and invitees.

6. That Defendant was negligent in that they failed to take reasonable measures to properly warn its patrons of the potential dangers posed by the wet floor.

7. That at said time, the Defendant knew, or by the exercise of reasonable care should have known, of the unsafe condition on the premises.

8. That Defendant breached its duty to Plaintiff by failing to properly maintain a safe environment for its patrons and failing to warn Plaintiff.

9. As a direct and proximate result of the Defendant's negligence the Plaintiff has suffered severe and permanent injuries; has incurred hospital, medical and prescription expenses; has suffered physical and emotional pain, has missed opportunities to enjoy life; and will continue to incur such losses and damages.

10. As a direct and proximate result of the carelessness and negligence of the Defendant, as aforesaid, Plaintiff has been otherwise damaged.

WHEREFORE, the Plaintiff prays for judgment against the Defendant in an amount which will reasonably and fairly compensate her for all the losses and damages she has incurred to date and will incur in the future, for the cost of this action and for all other relief just and proper in the premises.

Respectfully Submitted,

/s/ Jared A. Harts
Jared A. Harts
Attorney for Plaintiff

Jared A. Harts
GOLITKO & DALY, P.C.
317 West Alto Road
Kokomo, IN 46902
Telephone (765) 865-9300